NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____

GWENDOLYN L. DIXON,                 :
                                    :
              Plaintiff,            :
                                    :        Civil No. 10-5703 (RBK)
       v.                           :
                                    :              **ORDER**
MICHAEL J. ASTRUE, Commissioner     :
of Social Security,                 :
                                    :
              Defendant.            :
_____     :

     **THIS MATTER** having come before the Court upon the appeal from the final decision of the Commissioner of Social Security (the "Commissioner") denying Plaintiff Gwendolyn L. Dixon disability insurance benefits ("DIB") pursuant to Section 205(g) of the Social Security Act ("the Act"), 42 U.S.C. § 405(g); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

     **IT IS HEREBY ORDERED** that the administrative law judge's ("ALJ") decision regarding Plaintiff's disability claim dated September 18, 2008 is vacated; and

     **IT IS FURTHER ORDERED** that the matter is remanded to the ALJ for further proceedings consistent with the Opinion accompanying this Order.

Dated:  9-26-2011_____                        _/s/ Robert B. Kugler___
                                                  ROBERT B. KUGLER
                                                  United States District Judge